E-FILED
Tuesday, 20 April, 2021 04:58:28 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS**

H.K. and J.C., through their father and legal guardian CLINTON FARWELL, individually and on behalf of others similarly situated,

Plaintiff,

v.

GOOGLE LLC,

Defendant.

No.:

**FED. R. CIV. PROC. 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 11.3 CERTIFICATE OF INTEREST**

The undersigned counsel of record for Defendant Google LLC furnishes the following in compliance with Federal Rule of Civil Procedure 7.1 and Local Rule 11.3:

1. The undersigned counsel represents Google LLC

2. Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company owns 10% or more of Alphabet Inc's stock.

3. Perkins Coie LLP is the only law firm expected to appear for Google LLC.

Respectfully submitted,
By: s/ Kathleen A. Stetsko

Bobbie Wilson, Lead Counsel (admission pending)
Sunita Bali (admission pending)
Samuel Wilson (admission pending)
PERKINS COIE LLP
505 Howard St., Suite 100
San Francisco, CA 94015-3204
Telephone: 415.344.7000
Email: BWilson@perkinscoie.com
Email: SBali@perkinscoie.com
Email: SWilson@perkinscoie.com

Kathleen A. Stetsko
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Telephone: 312.324.8400
Email: KStetsko@perkinscoie.com

Nicola Menaldo
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Email: NMenaldo@perkinscoie.com

## CERTIFICATE OF SERVICE

I, Kathleen A. Stetsko, certify that on April 20, 2021, I electronically filed the foregoing **FED. R. CIV. PROC. 7.1 DISCLOSURE STATEMENT AND L.R. 11.3 CERTIFICATE OF INTEREST** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

I certify under penalty of perjury that the foregoing is true and correct.

By: /s/ Kathleen A. Stetsko