E-FILED
Monday, 12 July, 2021 02:53:07 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**ROCK ISLAND DIVISION**

H.K. and J.C., through their father and legal guardian CLINTON FARWELL, and M.W., through her mother and legal guardian ELIZABETH WHITEHEAD, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 1:21-cv-01122-SLD-JEH

**JOINT MOTION TO EXTEND DEADLINE TO FILE MOTION TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT**

Plaintiffs H.K. and J.C., through their father and legal guardian Clinton Farwell ("Plaintiffs") and Plaintiff M.W., through her mother and legal guardian Elizabeth Whitehead, and Defendant Google LLC ("Google" and together with Plaintiffs "the Parties"), by and through their undersigned counsel, hereby respectfully submit this Joint Motion to Extend Deadline to File Motion to Dismiss the First Amended Class Action Complaint ("FAC") and request that the Court enter an Order extending the deadline for Google to move to dismiss the FAC to August 2, 2021, and extending Plaintiffs' deadline to oppose Google's Motion to Dismiss to September 1, 2021. Plaintiffs further agree that they will not oppose if Google files a Motion for Leave to File Reply in Support of Motion to Dismiss on or before September 15, 2021. *See* C.D. Ill. R. 7.1(B)(3), (F). In support of this Joint Motion, the Parties state as follows:

1. On July 1, 2021, Plaintiffs filed the FAC, Dkt. 14;

2. Google's current deadline to respond to the FAC is July 15, 2021, Fed. R. Civ. P. 15(a)(3);

3. Due to the complexity of the case and commitments in other matters, the Parties require additional time to complete the briefing for Google's Motion to Dismiss the FAC;

4. The Parties have conferred and have agreed to the following schedule:

   a. Google shall file its Motion to Dismiss on or before August 2, 2021;

   b. Plaintiffs shall file their Opposition to the Motion to Dismiss on or before September 3, 2021;

   c. Defendant may file an unopposed Motion for Leave to File Reply on or before September 24, 2021;

5. This is the Parties' first request for an extension of these deadlines.

6. The Parties seek this extension of time in good faith and for good cause, and not for the purpose of unduly delaying these proceedings or to prejudice any party in this matter.

WHEREFORE, the Parties respectfully request that the Court enter an Order extending the deadline for Google to move to dismiss the FAC to August 2, 2021, and extending Plaintiffs' deadline to oppose Google's Motion to Dismiss to September 3, 2021.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK,
SIGNATURE PAGE TO FOLLOW]

Dated: July 12, 2021

Respectfully submitted,

*/s/ Andrew Stuckart*

Andrew Struckart
**LUCIE, BOUGHER & ASSOCIATES**
Attorneys at Law, P.C.
202 N. Lafayette Street
Macomb, IL 61455
Tel: (309) 833-1702
Fax: (309) 833-1701
andrew@lucielaw.com

*Local Counsel for Plaintiffs*

*/s/ Kathleen A. Stetsko*

Kathleen A. Stetsko
**PERKINS COIE LLP**
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603
(312) 324-8400
KStetsko@perkinscoie.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury that on July 12, 2021, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Kathleen A. Stetsko*
Kathleen A. Stetsko