E-FILED
Monday, 02 August, 2021 08:17:43 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

H.K. and J.C., through their father and legal guardian CLINTON FARWELL, and M.W., through her mother and legal guardian ELIZABETH WHITEHEAD, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

No. 1:21-cv-01122-SLD-JEH

Chief Judge Sara Darrow

**Declaration of Samuel Wilson in Support of Google LLC's Motion to Dismiss First Amended Complaint**

I, Samuel Wilson, declare as follows:

1. I am an attorney at the law firm Perkins Coie LLP, and am counsel for Defendant Google LLC in this matter. I have personal knowledge of the matters discussed below and would competently testify thereto if called.

2. Attached as Exhibit A is a copy of the document "G Suite for Education Privacy and Security Information," which I downloaded on or around May 13, 2020 from the URL listed in footnote 8 of the First Amended Complaint: http://services.google.com/th/files/misc/gsuite_for_education_privacy_security.pdf.

3. The URL provided in the First Amended Complaint no longer works, but the document is still available on Google's website at https://sites.google.com/view/gflo/faq.

4. Attached as Exhibit B is a copy of the news report "Bushnell-Prairie City school district goes remote after positive COVID-19 test" by Kara Biernat of WGEM News. The report

was published on September 1, 2020. On or around July 26, 2020, I downloaded the report from WGEM's website at the URL https://wgem.com/2020/09/01/bushnell-prairie-city-school-district-goes-remote-after-positive-covid-19-test.

5. Attached as Exhibit C is a copy of an order issued on June 10, 2020 in the case *Watson v. Legacy Healthcare Fin. Servs., LLC*, No. 19-CH-3425 in the Circuit Court for Cook County, Illinois.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. Executed this 2nd day of August 2021, in Oakland, California.

/s/ Samuel Wilson