E-FILED
Monday, 02 August, 2021 08:17:43 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A



# G Suite for Education

# Privacy and Security Information

google.com/edu/privacy

The mission of Google is to organize the world's information and make it universally accessible and useful. Ensuring teachers and students everywhere have access to technology to learn and work together fits naturally with that mission. That is why we provide educators with powerful solutions that are affordable, safe and easy to use.

The G Suite for Education core services are the heart of Google's educational offering to schools. The core services are Gmail, Calendar, Classroom, Contacts, Drive, Docs, Groups, Sheets, Sites, Slides, Talk/Hangouts and Vault. We know that trust is earned through protecting teacher and student privacy and providing the best security measures. This handout tells more about the core services and explains our privacy and security commitments.

**YOU'RE IN GOOD COMPANY**

## 60 million

Students and teachers use G Suite for Education

## 7 of 8

Ivy League Universities use G Suite for Education

## 5 million

Businesses use G Suite

**HOW SOME OF OUR TOOLS ARE USED IN SCHOOLS:**

**Google Docs, Sheets** and **Slides** enable students to collaborate with their peers and teachers in real-time, allowing them to share their work, get feedback, and make edits instantaneously. They can be kept private, shared with others (such as a parent, or the entire class), or even made public. Best of all they can be accessed from any computer or tablet, anywhere, anytime.

Teachers can save time and better engage their students by using **Google Classroom** to send assignments and resources digitally. In addition, Classroom allows teachers to ensure their students are submitting their work on time. Students using Classroom can easily see when their assignments are due, and are given clear notifications when their work is late, helping them stay on track and organized.

**Google Sites** allows teachers and students to create their own websites, without needing to code. Often, this tool is used to let students create personalized e-portfolios, so that teachers and parents may track their student's development with ease. Teachers can also use Google Sites to create quick and easy webpages for their class, sport, or club.

The tools in Google's **Admin Console** allow administrators to personalize the G Suite for Education experience for their schools, teachers, and students. For example, an administrator may block Gmail for kindergarteners, but may allow older students to email people within the same school. Administrators may also choose to block certain webpages, ensuring their students stay safe and productive.

**Google Vault** gives schools the ability to archive emails and Documents. This means that if a student or teacher accidentally deletes a file it can be recovered quickly and painlessly. Vault is also an important part of legal compliance for schools — if there is ever a legal matter that requires old emails to be reviewed, Vault allows administrators to find them easily and quickly.

## Protecting Student Data and Privacy

**Does Google own school or student data?**
No. Google doesn't assume ownership of any customer data in G Suite core services, and it says so in our contracts (under "Intellectual Property").
We provide powerful, easy-to-use management tools and dashboards to help administrators keep track of their organization's services, usage and data.
We only keep your personal information as long as you ask us to keep it. If an education department, school or university decides to stop using Google, we make it easy for them to take their data with them.

**Are there ads in G Suite for Education?**
No. There are no ads in G Suite for Education core services and we do not collect or use student data for advertising purposes or create advertising profiles. K-12 G Suite for Education users also don't see ads when they use Google search while signed in to their G Suite for Education accounts. Some of Google's additional services such as Blogger and YouTube do show ads to students, however we give Administrators the ability to restrict access to these services.

**Has Google signed the Privacy Pledge?**
Yes. In order to reaffirm the commitments we've made to schools, Google has signed the Student Privacy Pledge introduced by the Future of Privacy Forum (FPF) and The Software & Information Industry Association

## Our Commitment and Compliance

**Is my organization compliant with Family Educational Rights and Privacy Act** (FERPA)?
Yes. G Suite for Education core services comply with the Family Educational Rights and Privacy Act (FERPA) and our commitment to do so is included in our agreements.

**Can G Suite for Education be used in compliance with the Children's Online Privacy Protection Act (COPPA)?**
Yes. We contractually require that schools using G Suite for Education get the parental consent required by COPPA. Our services can be used in compliance with COPPA as long as a school has parental consent.

**How do we know you are keeping your word?**
We make contractual commitments in our G Suite for Education agreement and commit to comply with privacy and security standards. And whether it's real time dashboards to verify system performance, our ongoing auditing of our processes or sharing the location of our datacenters, we're committed to providing all our users utmost transparency. It's your data, and we want you to know what happens with it so that you can always make informed choices.

## Security and Privacy

**Which third parties have reviewed Google's security practices?**
Independent auditors and third party organizations have verified that our privacy practices and contractual commitments for G Suite for Education comply with data standards*. Ernst & Young verified that our privacy practices and contractual commitments for G Suite for Education comply with ISO/IEC 27018:2014.

* ISO/IEC 27018:2014 and SSAE 16 / ISAE 3402 Type II SOC 2

**How does Google keep data secure?**
We are fully committed to the security and privacy of your data and protecting you and your school from attempts to compromise it. Our systems are among the industry's most secure and we vigorously resist any unlawful attempt to access our customers' data.

Google's data centers use custom hardware running a custom hardened operating system and file system. Each of these systems has been optimized for security and performance. Because Google controls the entire hardware stack, we are able to quickly respond to any threats or weaknesses that may emerge.

Google encrypts Gmail (including attachments) and Drive data while on the move. This ensures that your messages are safe not only when they move between you and Google's servers, but also as they move between Google's data centers.

Learn more about Google for Education's commitment to privacy and security at google.com/edu/privacy

---

### Staying Safe Online

We also have a lot of information about how you can keep yourself and your students safe online at home too, even when they are using tools outside of school. To learn more, visit our Family Safety Center at google.com/safetycenter