E-FILED
Monday, 02 August, 2021 08:17:43 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT B

# Bushnell-Prairie City school district goes remote after positive COVID-19 test




00:00 02:04

September 1, 2020 10:35 pm WGEM

CORONAVIRUS, CORONAVIRUS ILLINOIS, NEWS, TOP STORIES

×

The first Tri-State school has gone to all remote learning, after a positive COVID-19 test.

It's happening in the Bushnell-Prairie City School District, where all students were sent home to learn, just a little more than a week into the school year.

Ethan and Emma Hyde are learning from home.

"We were notified that there was an outbreak in the high school, so everybody then went to e-learning full-time," parent Rachel Hyde said.

Remote learning is the new normal for all students in the Bushnell-Prairie City School District.

This, after the school district's Facebook page reported a COVID-19 outbreak, forcing all students to go remote.

"I think it was good to stop any further outbreak," Hyde said.

She said remote learning at her house is off to a good start.

"It's a lot more organized, very well planned for my kids," Hyde said. "They've been doing good. We're learning on the couch, learning at the kitchen table or dining room."

However, it does come with challenges, as her students learn for two hours a day at daycare.

According to a Facebook post on the Bushnell-Prairie City Facebook page, there's three key things parents and students should keep in mind while remote learning. Those being attendance, live instruction and classroom is provided through Google classroom.

Hyde said the lessons are interactive, which helps her 2nd and 4th graders learn.

"She put in pipe cleaners so we could make music notes with them and then the kids took pictures of music notes," Hyde said.

She said the lessons include art, music and gym, along with core classes.

"Emma last night did her music and she got pool noodles and the noodles, you cut them in half and you can make music with the pool noodles," Hyde said.

Hyde said although an adjustment, she's happy her children's safety is top of mind.

"I do amend our teachers and staff because there's a lot of extra work going in on their part," Hyde said.

According to the Facebook post, students will remote learn until Friday, September 18.

From there, the district plans to evaluate the situation and decide if they will returr in-person learning.

Hyde said the school district is providing free breakfast and lunch every day.

WGEM reached out to the school superintendent for further details, but never heard back.

WGEM

**WGEM**

RELATED ARTICLES

Associated Press

# California to require vaccine or testing for state workers

July 26, 2021 5:27 pm

AP Associated Press

## Never too late: Cancer centers push patients to quit smoking

July 26, 2021 5:27 pm

AP Associated Press

# Jesse Jackson among 35 arrested for sit-in at Sinema office

July 26, 2021 5:25 pm

## Masks again required in St. Louis area amid COVID-19 rise

July 26, 2021 5:22 pm

### WGEM STORMTRAK FORECAST




### Dangerous Heat

Fog may develop Tuesday morning and burn off rather rapidly shortly after sunrise. Once the fog is gone the Tri-States will begin to heat up into...

0 Closings and Delays

## Tokyo 2020 Upcoming Events

**Surfing**
Men's Quarterfinals - Heat 2
July 26 6:36 p.m. EDT

**Surfing**
Men's Quarterfinals - Heat 3
July 26 7:12 p.m. EDT

**Shooting**
Trap Women's Pre-Event Training
July 26 7:15 p.m. EDT

**Rowing**
Men's Single Sculls Semifinal C/D 1
July 26 7:30 p.m. EDT

View full schedule

ADVERTISEMENT

## CONNECT WITH WGEM

## TOP STORIES

**Illinois announces $100K vaccine lottery winners**

**Man arrested in Hannibal shooting case**

**PATCH Center hopes to expand after rise in services for students in local schools**

**McDonough County Public Transportation set to receive $1.2 million in CARES Act funds**

**Endangered Missing Person Advisory canceled after elderly Illinois man found dead**

## WATCH WGEM

Watch WGEM Now

| | |
|---|---|
| 05:30 PM | NBC Nightly News with Lester Holt |
| 06:00 PM | WGEM News at Six |
| 06:30 PM | Entertainment Tonight |

Watch WGEM Tonight

View all TV Listings»

WGEM News
513 Hampshire
Quincy, IL 62301
Switchboard: (217) 228-6600
News Tips: (217) 228-6655
or news@wgem.com

Careers
Advertise with us
Advertiser Services
FCC Public Files:
WGEM TV WGEM FM
WGEM AM
Public File Help
EEO Report
Closed Captioning Contact
FCC Applications

**LOOKING FOR SOMETHING?**

Search...

All content © 2000 - 2021, WGEM Television, Inc. All rights reserved. | Terms of Service | Privacy Policy | Ad Choices

**You are using an outdated browser. Please upgrade for the best experience.**